```
BRAD D. BRIAN (State Bar No. 079001)
Brad.Brian@mto.com
LISA J. DEMSKY (State Bar No. 186006)
Lisa.Demsky@mto.com
SORAYA C. KELLY (State Bar No. 252993)
Soraya.Kelly@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 683-4051

Attorneys for Defendant
MGM RESORTS INTERNATIONAL

KENNETH S. GAINES (SBN 049045)
ken@gaineslawfirm.com
DANIEL F. GAINES (SBN 251488)
daniel@gaineslawfirm.com
ALEX P. KATOFSKY (SBN 202754)
alex@gaineslawfirm.com
GAINES & GAINES, APLC
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff LORI ZARAGOZA
```

FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ZARAGOZA, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>MGM MIRAGE INC., a Delaware corporation, MGM RESORTS INTERNATIONAL, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV11-05609-SVW (MANx)<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS**<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE FILED CONCURRENTLY HEREWITH<br><br>Judge:  Hon. Stephen V. Wilson<br>Dept:    6 |

15728533.1

1       IT IS HEREBY ORDERED that pursuant to the stipulation of the
2 parties and Federal Rule of Civil Procedure 41(a), this case is hereby dismissed
3 with prejudice with respect to all of Plaintiff's claims and dismissed without
4 prejudice as to any remaining putative class allegations, and this action is now
5 terminated and closed. Each party shall bear its own attorneys' fees and costs.

7 DATED: 12/9 , 2011

By:_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

15728533.1

- 1 -

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE